**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 19-cr-10115-PBS |
| | ) |
| DAVINA ISACKSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT DAVINA ISACKSON'S ASSENTED-TO MOTION FOR LEAVE TO
FILE MOTION TO PERMIT LIMITED INTERNATIONAL TRAVEL TO
BARCELONA, SPAIN UNDER SEAL**

Pursuant to Local Rule 7.2, Defendant Davina Isackson hereby moves for leave to file her Motion to Permit Limited International Travel to Barcelona, Spain under seal.

In support hereof, Ms. Isackson represents that her Motion to Permit Limited International Travel to Barcelona, Spain will include certain sensitive information concerning the well-being and whereabouts of her two sons, one of whom is underage.  Given the intense media scrutiny over Ms. Isackson's case, in particular, and other cases related to the Government's "Varsity Blues" prosecution, in general, Ms. Isackson fears that her sons could be subjected to unnecessary and unfair media scrutiny even though they have nothing to do with this case.  If this motion is allowed, Ms. Isackson will file unredacted copies of the Motion to Permit Limited International Travel to Barcelona, Spain under seal with the Court.

The Government has assented to this motion.

Dated:  June 18, 2019                         Respectfully submitted,


                                              */s/ Michael V Schafler*
                                              David K. Willingham (*pro hac vice*)
                                              Michael V Schafler (*pro hac vice*)
                                              BOIES SCHILLER FLEXNER LLP
                                              725 South Figueroa Street, 31st Floor
                                              Los Angeles, CA 90017
                                              (213) 629-9040
                                              dwillingham@bsfllp.com
                                              mschafler@bsfllp.com

                                              Peter E. Gelhaar (BBO# 188310)
                                              Alexander K. Parachini (BBO# 569567)
                                              DONNELLY, CONROY & GELHAAR, LLP
                                              260 Franklin Street Suite 1600
                                              Boston, MA 02110
                                              (617) 720-2880
                                              peg@dcglaw.com
                                              akp@dcglaw.com


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)

I hereby certify that counsel for the defendant and counsel for the government conferred and have attempted in good faith to resolve or narrow the issue presented in this motion as required by District of Massachusetts Local Rule 7.1(a).  The government has assented to this Motion.

                                              */s/ Michael V Schafler*
                                              Michael V Schafler


## CERTIFICATE OF SERVICE

I hereby certify that this document will be filed manually and will be sent by electronic mail to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will also be sent to those same parties as well as any parties indicated as non-registered participants on June 17, 2019.

                                              */s/ Michael V Schafler*
                                              Michael V Schafler