# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 19-cr-10115-PBS |
| ) | |
| DAVINA ISACKSON, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT DAVINA ISACKSON'S ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL HER SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO PERMIT INTERNATIONAL TRAVEL TO BARCELONA, SPAIN

Pursuant to Local Rule 7.2, Defendant Davina Isackson hereby moves for leave to file under seal her two-page Supplemental Memorandum In Support of her Motion to Permit Limited International Travel to Barcelona, Spain ("Supplemental Memorandum"). As grounds therefore, Ms. Isackson represents that a further, short Supplemental Memorandum will make clear her reasons for needing to travel overseas and, thus, be helpful to the Court.

In support hereof, Ms. Isackson represents that her Supplemental Memorandum will include certain sensitive information concerning the well-being and whereabouts of her two sons, one of whom is underage. Further, it relates to her Motion to Permit International Travel which was itself filed under seal. Given the intense media scrutiny over Ms. Isackson's case, in particular, and other cases related to the government's "Varsity Blues" prosecution, in general, Ms. Isackson fears that her sons could be subjected to unnecessary and unfair media scrutiny even though they have nothing to do with this case.

If this motion is allowed, Ms. Isackson will file unredacted copies of the Supplemental Memorandum under seal with the Court.

The government previously assented to the under seal filing of the Motion to which this Supplemental Memorandum relates.

Dated:  June 19, 2019                            Respectfully submitted,

                                                 */s/ Michael V Schafler*
                                                 David K. Willingham (*pro hac vice*)
                                                 Michael V Schafler (*pro hac vice*)
                                                 BOIES SCHILLER FLEXNER LLP
                                                 725 South Figueroa Street, 31st Floor
                                                 Los Angeles, CA 90017
                                                 (213) 629-9040
                                                 dwillingham@bsfllp.com
                                                 mschafler@bsfllp.com

                                                 Peter E. Gelhaar (BBO# 188310)
                                                 Alexander K. Parachini (BBO# 569567)
                                                 DONNELLY, CONROY & GELHAAR, LLP
                                                 260 Franklin Street, Suite 1600
                                                 Boston, MA 02110
                                                 (617) 720-2880
                                                 peg@dcglaw.com
                                                 akp@dcglaw.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)

I hereby certify that counsel for the defendant and counsel for the government conferred and have attempted in good faith to resolve or narrow the issue presented in this motion as required by District of Massachusetts Local Rule 7.1(a).  The government has assented to this Motion.

                                                 */s/ Michael V Schafler*
                                                 Michael V Schafler

4848-5798-5946v1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document will be filed manually and will be sent by electronic mail to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will also be sent to those same parties as well as any parties indicated as non-registered participants on June 19, 2019.

                                    */s/ Michael V Schafler*
                                    Michael V Schafler