IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 19-cr-10115-PBS |
| DAVINA ISACKSON, | ) |
| Defendant. | ) |

### DEFENDANT DAVINA ISACKSON'S ASSENTED-TO MOTION FOR LEAVE TO FILE MOTION TO PERMIT LIMITED INTERNATIONAL TRAVEL TO BARCELONA, SPAIN UNDER SEAL

Pursuant to Local Rule 7.2, Defendant Davina Isackson hereby moves for leave to file her Motion to Permit Limited International Travel to Barcelona, Spain under seal.

In support hereof, Ms. Isackson represents that her Motion to Permit Limited International Travel to Barcelona, Spain will include certain sensitive information concerning the well-being and whereabouts of her two sons, one of whom is underage. Given the intense media scrutiny over Ms. Isackson's case, in particular, and other cases related to the Government's "Varsity Blues" prosecution, in general, Ms. Isackson fears that her sons could be subjected to unnecessary and unfair media scrutiny even though they have nothing to do with this case. If this motion is allowed, Ms. Isackson will file unredacted copies of the Motion to Permit Limited International Travel to Barcelona, Spain under seal with the Court.

The Government has assented to this motion.

*[Handwritten:]* 6/17/19

DENIED. However, personal family information may be redacted.

*[Signature:]* Paul B Saris

1