IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 19-cr-10115-PBS |
| DAVINA ISACKSON, | ) |
| Defendant. | ) |

### DEFENDANT DAVINA ISACKSON'S ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL HER SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO PERMIT INTERNATIONAL TRAVEL TO BARCELONA, SPAIN

Pursuant to Local Rule 7.2, Defendant Davina Isackson hereby moves for leave to file under seal her two-page Supplemental Memorandum In Support of her Motion to Permit Limited International Travel to Barcelona, Spain ("Supplemental Memorandum"). As grounds therefore, Ms. Isackson represents that a further, short Supplemental Memorandum will make clear her reasons for needing to travel overseas and, thus, be helpful to the Court.

In support hereof, Ms. Isackson represents that her Supplemental Memorandum will include certain sensitive information concerning the well-being and whereabouts of her two sons, one of whom is underage. Further, it relates to her Motion to Permit International Travel which was itself filed under seal. Given the intense media scrutiny over Ms. Isackson's case, in particular, and other cases related to the government's "Varsity Blues" prosecution, in general, Ms. Isackson fears that her sons could be subjected to unnecessary and unfair media scrutiny even though they have nothing to do with this case.

If this motion is allowed, Ms. Isackson will file unredacted copies of the Supplemental Memorandum under seal with the Court.

1

6/17/19
DENIED. However, personal, family information may be redacted.
/s/ Patti Saris

4848-5798-5946v1