IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 19-cr-10115-PBS |
| DAVINA ISACKSON, | ) |
| Defendant. | ) |

**DEFENDANT DAVINA ISACKSON'S UNOPPOSED MOTION TO
EXTEND THE RETURN DATE FOR HER INTERNATIONAL TRAVEL
FROM AUGUST 7 TO AUGUST 19, 2019**

Defendant Davina Isackson, by and through her counsel of record David K. Willingham and Michael V Schafler of Boies Schiller Flexner LLP, and Peter E. Gelhaar of Donnelly, Conroy & Gelhaar, LLP, respectfully requests that the Court enter an Order extending the return date for Ms. Isackson's international travel to August 19, 2019 instead of August 7, 2019, as was previously ordered.  Dkt. # 339.

The basis for this request is that, while the Court initially granted Ms. Isackson permission to travel from July 15 through August 7, Ms. Isackson was unfortunately (and not on account of any delay on her part) unable to arrive in Barcelona, Spain until July 25, 2019. Accordingly, with this request, Ms. Isackson seeks to extend her travel window to August 19 to account for that missed portion of the travel time allowed by this Court.

On August 1, 2019, defense counsel Michael Schafler conferred with Assistant United States Attorney Eric Rosen regarding Ms. Isackson's request to seek an order from this Court extending her return date to August 19.  The government authorized the undersigned to represent to the Court that the government does *not* oppose Ms. Isackson's request.  Additionally, Mr. Schafler conferred with Sr. United States Probation Officer Larissa Charette, who supervises Ms.

1

Isackson's pretrial release.  Ms. Charette indicated that the Probation Officer does *not* oppose Ms. Isackson's request.

Therefore, Ms. Isackson respectfully requests permission to return from her travel on or before August 19, 2019.

Dated:  August 2, 2019

Respectfully submitted,

*/s/ Michael V Schafler*
David K. Willingham (*pro hac vice*)
Michael V Schafler (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
(213) 629-9040
dwillingham@bsfllp.com
mschafler@bsfllp.com

Peter E. Gelhaar (BBO# 188310)
Alexander K. Parachini (BBO# 569567)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880
peg@dcglaw.com
akp@dcglaw.com

The above motion is GRANTED, and Defendant Davina Isackson is permitted to return from her previously approved international travel on or before August 19, 2019.

SO ORDERED, this _____ day of August, 2019

_____
HONORABLE PATTI B. SARIS
CHIEF UNITED STATES DISTRICT JUDGE

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that Michael Schafler and Peter Gelhaar conferred in good faith with government counsel before filing the within motion and government counsel has represented that he does *not* oppose the relief requested in this motion.

/s/ Michael V Schafler
Michael V Schafler, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 2, 2019.

/s/ Michael V Schafler
Michael V Schafler