## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 19-cr-10115-PBS |
| DAVINA ISACKSON, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR COURT INQUIRY
## PURSUANT TO FED. R. CRIM. P 44(c)

The parties to the above-referenced criminal case hereby jointly move, pursuant to Fed. R. Crim. P. 44(c), that the Court conduct an inquiry of defendant Davina Isackson for the purpose of "inquir[ing] about the propriety of joint representation" and "personally advis[ing Ms. Isackson] of the right to the effective assistance of counsel, including separate representation." Fed. R. Crim. P. 44(c)(2). In further support hereof, the parties represent the following:

1. Ms. Isackson has pleaded guilty to an Information filed on or about April 18, 2019 charging her with one count of conspiracy to commit mail fraud and honest services mail fraud. Throughout this proceeding, up to and including the present, Ms. Isackson has been represented by David K. Willingham and Michael V. Schafler of the law firm of Boies Schiller Flexner LLP ("Boies Schiller"), as well as Peter E. Gelhaar and Alexander K. Parachini of the law firm of Donnelly, Conroy & Gelhaar, LLP ("DCG").

2. Separately, the law firm of Boies Schiller represents Robert Zangrillo in a criminal case charged by the United States Attorney's Office in Boston entitled

*United States v. Sidoo, et al.,* 19-CR-10080-NMG. Attorneys Willingham and Schafler of Boies Schiller have no role whatsoever in the representation of Mr. Zangrillo.

3. Also separately, the law firm of DCG represents Mossimo Giannulli in a criminal case charged by the United States Attorney's Office in Boston entitled *United States v. Sidoo, et al.,* 19-CR-10080-NMG. Attorneys Gelhaar and Parachini of DCG have no role whatsoever in the representation of Mr. Giannulli.

4. All of the above-referenced criminal proceedings are part of the so-called "Varsity Blues" prosecutions commenced by the United States Attorneys' Office in Boston.

5. Because the law firms of Boies Schiller and DCG are representing Ms. Isackson on the one hand, and Messrs. Zangrillo and Giannulli on the other hand, respectively, it is appropriate that the Court conduct an inquiry concerning the propriety of this representation and to personally advise Ms. Isackson of her right to effective assistance of counsel in accordance with Fed. R. Crim. P. 44(c)(1) & (2).

WHEREFORE, the parties respectfully, and jointly, request that a Rule 44 hearing be conducted concerning Ms. Isackson. The parties also respectfully suggest that said hearing take place on January 13, 14 or 16, 2020, or at such other time that is convenient to the Court.

Dated: December 23, 2019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ANDREW LELLING<br>United States Attorney | DAVINA ISACKSON<br>By her attorneys, |
| By: */s/ Eric S. Rosen*<br>    Eric S. Rosen<br>    Assistant United States Attorney | */s/ Michael V Schafler*<br>David K. Willingham (*pro hac vice*)<br>Michael V Schafler (*pro hac vice*)<br>BOIES SCHILLER FLEXNER LLP<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90017<br>(213) 629-9040<br>dwillingham@bsfllp.com<br>mschafler@bsfllp.com<br><br>Peter E. Gelhaar (BBO# 188310)<br>Alexander K. Parachini (BBO# 569567)<br>DONNELLY, CONROY & GELHAAR, LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>(617) 720-2880<br>peg@dcglaw.com<br>akp@dcglaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be filed manually and will be sent by electronic mail to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will also be sent to those same parties as well as any parties indicated as non-registered participants on December 23, 2019.

*/s/ Peter E. Gelhaar*
Peter E. Gelhaar