UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Case No. 19-cr-10115-PBS |
| DAVINA ISACKSON, | )<br>)<br>) |
| Defendant. | )<br>) |

## DAVINA ISACKSON'S MOTION TO CONTINUE HEARING ON JOINT MOTION FOR COURT INQUIRY PURSUANT TO FED. R. CRIM. P. 44(c) (NO GOVERNMENT OBJECTION)

Defendant Davina Isackson hereby moves that the hearing on the Joint Motion for Court Inquiry Pursuant to Fed. R. Crim. P. 44(c) be briefly continued. The hearing is presently scheduled for Thursday, January 16, 2020 at 9:30 a.m. The Court has also ordered that Ms. Isackson's counsel file a brief concerning Massachusetts Supreme Judicial Court Rule of Professional Conduct 1.7 by 4:00 p.m. on January 15, 2020. Ms. Isackson respectfully requests that, *if convenient for the Court*, the above-referenced hearing be continued to January 30, 2020, and Ms. Isackson's briefing for that hearing be filed on January 23, 2020.

In further support hereof, Ms. Isackson represents that she, through her counsel, filed a Joint Memorandum in Support of the Parties' Joint Motion for Court Inquiry Pursuant to Fed. R. Crim. P. 44(c), as well as two supporting Declarations. In response to the Court's receipt of those submissions, the Court entered an Order requesting specific briefing due at noon on Wednesday, January 15, 2020, concerning the Massachusetts Supreme Judicial Court Rule of Professional Conduct

*[Handwritten margin note: 1/14/20 allowed /s/ Patti B. Saris]*