UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>DAVINA ISACKSON, )<br>)<br>Defendant )<br>) | No. 19-CR-10115-PBS<br><br>**FILED UNDER SEAL** |

## MOTION TO SEAL

The United States of America hereby respectfully moves the Court pursuant to Local Rule 7.2 to seal the Government's memorandum concerning hearing regarding conflicts of interest. As grounds for this motion, the Government states that the Government's memorandum concerns issues related to cooperation, certain details of which have not been disclosed publicly. The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: January 23, 2020        By:    /s/ Eric S. Rosen
ERIC S. ROSEN
JUSTIN D. O'CONNELL
LESLIE A. WRIGHT
KRISTEN KEARNEY
Assistant United States Attorneys
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
Eric.Rosen@usdoj.gov
Justin.O'Connell@usdoj.gov

*Handwritten annotation:* 1/23/2020 — Allowed in part. The government may redact the details which have not been disclosed. I don't see any reason the government shall file any redacted memo [illegible] in the [illegible] briefs or exhibits.

358