IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) Case No. 19-cr-10115-PBS-2 ) |
| DAVINA ISACKSON AND BRUCE ISACKSON, | ) ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF DAVID WILLINGHAM

I, David K. Willingham, being duly sworn, depose and state as follows:

1. I am counsel for Davina Isackson in the above-captioned case. I am an attorney admitted to and in good standing in the State of California, and I am admitted *pro hac vice* in the U.S. District Court for the District of Massachusetts in the above-captioned matter.

2. I submit this Affidavit in connection with Defendant's Motion (With Incorporated Memorandum of Law) to Seal Portions of Sentencing Memorandum and Sentencing Letters, based upon my personal knowledge and understanding of the law.

3. In anticipation of Ms. Isackson's sentencing hearing, Ms. Isackson intends to submit a sentencing memorandum accompanied by various exhibits, including sentencing letters submitted by third parties.

4. Portions of the memorandum and exhibits touch on sensitive topics, including "family affairs, illnesses, [and] embarrassing conduct with no public ramifications." *United States v. Kravetz*, 706 F.3d 47, 62 (1st Cir. 2013).

5. To protect Ms. Isackson's sensitive, confidential information as well as that of third parties (namely, Ms. Isackson's children), I have proposed narrow redactions limited to the topics

described in the previous paragraph.  The disclosure of such information would likely violate those individuals' privacy rights.

      6.      Due to the ongoing confidential nature of the redacted materials, the redacted information should remain impounded unless ordered otherwise by the Court.  I do not believe any amount of time will reduce the sensitivity of the redacted matters.

Signed under the pains and penalties of perjury, this 17th day of June 2022.

                                      /s/ *David Willingham*
                                      David K. Willingham (*pro hac vice*)
                                      KING AND SPALDING LLP
                                      633 West Fifth Street, Suite 1600
                                      Los Angeles, CA 90071
                                      (213) 218-4005
                                      dwillingham@kslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document will be filed electronically and will be sent by electronic mail to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will also be sent to any parties indicated as non-registered participants on June 17, 2022.

                                                     */s/* David Willingham
                                                     David K. Willingham